PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| KENNETH SHANE PATTERSON, | Criminal Case No. 1:19CR00230-DAD-BAM |
| Debtor. | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee. | |

The United States, in accordance with the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3205(b)(1), requests that the Clerk of the United States District Court issue a Writ of Continuing Garnishment against all property held by Kenneth Shane Patterson ("Garnishee") in which Kenneth Shane Patterson ("Debtor") has an interest. Upon information and belief, Debtor has a substantial nonexempt interest in property, as defined in 28 U.S.C. § 3002(12), that is in the possession, custody, or control of Garnishee.

On or about April 18, 2022, Debtor was sentenced in criminal case number 1:19CR00230-DAD-BAM and ordered to pay a statutory assessment of $800.00, and restitution of $1,916,688.95. As of December 27, 2022, Debtor owes $1,917,488.95. Despite the United States' demand for payment, made

more than 30 days before the date of this Application, Debtor has failed to satisfy the debt.  The total amount sought by this garnishment action is $1,917,488.95.  No interest accrues on this debt.

      Debtor's social security number is \*\*\*-\*\*- 2799.  Debtor's last known address is FCI Lompoc, Federal Correctional Institution, Register number 78551-097, 3600 Guard Road, Lompoc, CA 93436.

      When the Court sentenced Debtor and ordered Debtor to pay restitution and/or a fine, a lien arose in favor of the United States on all property and rights to property as if the liability "were a liability for a tax assessed under the Internal Revenue Code of 1986," pursuant to 18 U.S.C. § 3613(c).

      Accordingly, the United States respectfully requests that the Clerk issue a Writ of Continuing Garnishment in accordance with the FDCPA.

Respectfully submitted,

Dated:  December 27, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/*Robin Tubesing*
ROBIN TUBESING
Assistant United States Attorney