PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH SHANE PATTERSON,<br><br>  Debtor.<br><br>---<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Garnishee. | Case No. 1:22-MC-00181-BAM<br><br>**CERTIFICATE OF SERVICE UPON GARNISHEE RE WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |

The undersigned hereby certifies that I am a contractor working on behalf of the United States Attorney's Office for the Eastern District of California and am a person of such age and discretion to be competent to serve papers.

On the date noted below, I served Garnishee, JPMorgan Chase Bank, N.A., by Federal Express overnight delivery, copies of the following:

 1. Instructions to Garnishee (cover letter);

 2. Application for Writ of Continuing Garnishment;

 3. Writ of Continuing Garnishment (issued); and

 4. Acknowledgment of Service and Answer of Garnishee (form),

CERTIFICATE OF SERVICE                              1

by placing copies thereof in a prepaid envelope addressed to Garnishee, at its last known address, and by depositing the envelope and contents in a Federal Express Drop Box at Fresno, California.

JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  December 29, 2022          By:    /s/*Grace Nelson*
                                                     Grace Nelson, Paralegal

CERTIFICATE OF SERVICE    2