

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

---

| | |
|---|---|
| 2500 Tulare Street, Suite 4401 | Phone 559/ 497-4000 |
| Fresno, CA 93721 | Fax 559/ 497-4099 |
| | TTD 559/ 497-4500 |

December 29, 2022

JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

     Re: *United States v. Kenneth Shane Patterson*
        1:22-MC-00181-BAM (Eastern District of California)

To JPMorgan Chase Bank, N.A.

     Enclosed please find a Writ of Continuing Garnishment.  The writ requires you to do the following:

     1.     You must immediately freeze all property in your possession, custody, or control in which Kenneth Shane Patterson (SSN xxx-xx-2799) has an interest, as well as any continuing deposits into the account(s).  The property should remain frozen until you receive further instructions from the Court.

     2.     Within **ten days** of receipt of this writ, you must file with the Court an "Acknowledgement of Service and Answer of Garnishee."  *See* 28 U.S.C. § 3205(c)(2)(E).  For your convenience, you may use the enclosed form.  Once completed, file the original document, along with the completed "Certificate of Service" to:

> Office of the Clerk
> 2500 Tulare St., Ste. 1501
> Fresno, CA 93721

You must also serve a copy of your answer on Kenneth Shane Patterson and the United States (*See* 28 U.S.C. § 3205(c)(4)):

*U.S. v. Kenneth Shane Patterson*                                              December 29, 2022

| | |
|---|---|
| KENNETH SHANE PATTERSON<br>Register number 78551-097<br>FCI Lompoc<br>Federal Correctional Institution<br>3600 Guard Road<br>Lompoc, CA 93436 | United States Attorney's Office<br>ROBIN TUBESING<br>2500 Tulare St., Ste. 4401<br>Fresno, CA 93721 |

**If you fail to answer this writ or to withhold property in accordance with the writ, the Court may make you liable for that amount of the non-exempt property which you failed to withhold and attorney fees.  *See* 28 U.S.C. § 3205(c)(6).**

Address questions/concerns to Grace Nelson, contractor working on behalf of the U.S. at (559)497-4030 or at grace.nelson@usdoj.gov.

Sincerely,

PHILLIP A. TALBERT
United States Attorney

By:    _____
ROBIN TUBESING
Assistant United States Attorney

Enclosures

2