PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-MC-00181-BAM |
|---|---|
| Plaintiff, | **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| KENNETH SHANE PATTERSON, | Criminal Case No. 1:19CR00230-DAD-BAM |
| Debtor. | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee. | |

The United States, in accordance with the Federal Debt Collection Procedures Act of 1990 ("FDCPA"), 28 U.S.C. § 3205(b)(1), requests that the Clerk of the United States District Court issue a Writ of Continuing Garnishment against all property held by Kenneth Shane Patterson ("Garnishee") in which Kenneth Shane Patterson ("Debtor") has an interest. Upon information and belief, Debtor has a substantial nonexempt interest in property, as defined in 28 U.S.C. § 3002(12), that is in the possession, custody, or control of Garnishee.

On or about April 18, 2022, Debtor was sentenced in criminal case number 1:19CR00230-DAD-BAM and ordered to pay a statutory assessment of $800.00, and restitution of $1,916,688.95. As of December 27, 2022, Debtor owes $1,917,488.95. Despite the United States' demand for payment, made

1  more than 30 days before the date of this Application, Debtor has failed to satisfy the debt.  The total
2  amount sought by this garnishment action is $1,917,488.95.  No interest accrues on this debt.
3        Debtor's social security number is \*\*\*-\*\*- 2799.  Debtor's last known address is FCI Lompoc,
4  Federal Correctional Institution, Register number 78551-097, 3600 Guard Road, Lompoc, CA 93436.
5        When the Court sentenced Debtor and ordered Debtor to pay restitution and/or a fine, a lien
6  arose in favor of the United States on all property and rights to property as if the liability "were a
7  liability for a tax assessed under the Internal Revenue Code of 1986," pursuant to 18 U.S.C. § 3613(c).
8        Accordingly, the United States respectfully requests that the Clerk issue a Writ of Continuing
9  Garnishment in accordance with the FDCPA.

Respectfully submitted,

Dated:  December 27, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/*Robin Tubesing*
ROBIN TUBESING
Assistant United States Attorney

APPLICATION FOR WRIT OF
CONTINUING GARNISHMENT

2