ORIGINAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | Case No. 1:22-MC-00181-BAM<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |

To Garnishee:   JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

The United States has filed an Application for a Writ of Continuing Garnishment against all property in your possession, custody, or control in which Debtor, Kenneth Shane Patterson, social security number \*\*\*-\*\*-2799, has an interest.

On or about April 18, 2022, the United States District Court sentenced Debtor in criminal case number 1:19CR00230-DAD-BAM and ordered Debtor to pay a statutory assessment of $800.00, and restitution of $1,916,688.95 ("Judgment Amount"). As of December 27, 2022, Debtor owes

1  $1,917,488.95. Despite the United States' demand for payment, made more than 30 days before the date
2  of this Application, Debtor has failed to satisfy the debt. The total amount sought by this garnishment
3  action is $1,917,488.95. No interest accrues on this debt.

4  Pursuant to this Writ of Continuing Garnishment, you are required to withhold all property in
5  which Debtor has an interest as defined by 28 U.S.C. § 3002(12) beginning on the date you receive this
6  Writ, withholding all additional deposit(s) into the account(s), and retain the property withheld until the
7  Court issues an order directing the property's disposition. 28 U.S.C. §§ 3002(12), and 3205(c)(2)(F).

8  You are further required by law to complete under oath the accompanying Acknowledgment of
9  Service and Answer of Garnishee ("Answer"). You must file the **original** Answer within **ten** (10) days
10 of receipt of this Writ of Continuing Garnishment with the Clerk's Office for the United States District
11 Court, Eastern District of California.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE COURT MAY HOLD YOU LIABLE FOR THE AMOUNT OF DEBTOR'S NON-EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD IN ADDITION TO REASONABLE ATTORNEY'S FEES TO THE UNITED STATES.** *IT IS UNLAWFUL TO PAY, DISBURSE, OR DELIVER TO DEBTOR ANY PROPERTY DESCRIBED IN THIS WRIT UNTIL FURTHER ORDER OF THIS COURT.*

16 If you have any questions, especially regarding service of the documents, you may contact Grace
17 Nelson, contractor working on behalf of the U.S., at 559/497-4030.

19 Dated: DEC 29 2022

KEITH HOLLAND
Clerk, U.S. District Court

By: /s/ *(signature)*
Deputy Clerk