JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

Garnishee

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH SHANE PATTERSON,<br><br>        Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Garnishee. | Case No.  1:22-MC-00181-BAM<br><br>**ACKNOWLEDGMENT OF SERVICE AND ANSWER OF GARNISHEE**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |

     I, _____, declare (fill in as applicable):

     1.    I am Garnishee, a partner of Garnishee, or an authorized representative of Garnishee.

     2.    Garnishee acknowledges receipt of the Writ of Continuing Garnishment on _____.

     3.    As of the date of service, Garnishee has possession, custody, or control of the following property, in which Kenneth Shane Patterson (Debtor), maintains an interest, as described below:

///

///

///

| Description of Property (Include Account or Safe Deposit Box Numbers) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

4. Garnishee anticipates owing to Debtor in the future the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| | |
| | |
| | |
| | |

5. List any other party who may have an interest in the property described above:

| Account/Safe Deposit Box Number | Name and Address |
|---|---|
| | |
| | |
| | |
| | |

6. Garnishee denies holding any property or does not expect to hold any property in the future that is subject to this Writ of Continuing Garnishment – (Explain below):

_____

_____

_____

_____

ACKNOWLEDGMENT OF SERVICE AND ANSWER OF GARNISHEE; CERTIFICATE OF SERVICE

2

I hereby execute this Acknowledgment of Service and Answer of Garnishee and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: _____

_____
Name of Garnishee (Printed)

_____
Signature of Declarant (Person completing this form)

_____
Printed Name and Title of Declarant

_____
Full Address

_____
Telephone Number

_____
E-Mail Address

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am a person of such age and discretion to be competent to serve papers.

That on _____ [date], I served a copy of the attached Acknowledgment of Service and Answer of Garnishee by placing copies in a postage-paid envelope addressed to the addressees shown below, which are their last known addresses, and by depositing the envelope and contents in the United States mail at _____ [City, State].

| | |
|---|---|
| KENNETH SHANE PATTERSON<br>Register number 78551-097<br>FCI Lompoc<br>Federal Correctional Institution<br>3600 Guard Road<br>Lompoc, CA 93436 | United States Attorney's Office<br>ROBIN TUBESING<br>2500 Tulare St., Ste. 4401<br>Fresno, CA 93721 |
| Office of the Clerk<br>2500 Tulare St., Ste. 1501<br>Fresno, CA 93722 | |

By: _____
[                                                    ]
Declarant (Sign and Print Name)

ACKNOWLEDGMENT OF SERVICE AND ANSWER OF
GARNISHEE; CERTIFICATE OF SERVICE

4