1  PHILLIP A. TALBERT
   United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for the United States of America

7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Debtor. | Case No. 1:22-MC-00181-BAM<br><br>**CERTIFICATE OF SERVICE UPON DEBTOR RE WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |
| JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | |

The undersigned hereby certifies that I am a contractor working on behalf of the United States Attorney's Office for the Eastern District of California and am a person of such age and discretion to be competent to serve papers.

On the date noted below, I served Debtor, Kenneth Shane Patterson, by United States Postal Service, First Class Mail, copies of the following:

1. Instructions to Debtor (cover letter);

2. Application for Writ of Continuing Garnishment;

3. Writ of Continuing Garnishment (issued); and

///

CERTIFICATE OF SERVICE                                                    1

4. Clerk's Notice to Debtor re: Writ of Continuing Garnishment (issued); Append Request for Hearing (form),

by placing copies thereof in a prepaid envelope addressed to Debtor, at Debtor's last known address, and by depositing the envelope and contents in the United States Postal Service mail at Fresno, California.

KENNETH SHANE PATTERSON
Register number 78551-097
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA  93436

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 17, 2023                    By:    /s/*Grace Nelson*
                                                                Grace Nelson, Paralegal