

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

---

| 2500 Tulare Street, Suite 4401 | Phone | 559/ 497-4000 |
|---|---|---|
| Fresno, CA 93721 | Fax | 559/ 497-4099 |
| | TTD | 559/ 497-4500 |

January 17, 2023

KENNETH SHANE PATTERSON
Register number 78551-097
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA  93436

Re:  *United States v. Kenneth Shane Patterson*
     1:22-MC-00181-BAM (Eastern District of California)

Dear Mr. Patterson:

Enclosed is a Writ of Continuing Garnishment and other related documents regarding property in the possession, custody, or control of **JPMorgan Chase Bank, N.A.** ("Garnishee") in which you have an interest.  The United States seeks to have the property liquidated and applied towards your outstanding restitution obligation.  You have a right to respond and be heard regarding the Writ of Continuing Garnishment and the Answer of Garnishee, as provided below.

Instructions for objecting to the Writ of Continuing Garnishment and claiming exemptions (28 U.S.C. § 3202(d))

The enclosed "Clerk's Notice to Debtor Re Writ of Continuing Garnishment" explains how you can object to the garnishment or claim exemptions and request.  This must be done within twenty days of receipt of the Clerk's Notice.  Please review the Clerk's Notice carefully and follow the instructions to request a hearing, which will take place within five days after the Clerk receives your request or as soon thereafter as possible.

Instructions for objecting to the Answer of Garnishee and request for hearing (28 U.S.C. § 3205(c)(5))

The Garnishee is required to file an "Acknowledgement of Service and Answer of Garnishee" within ten days of receiving the writ.  They are also required to serve you with a copy of this document.  Once received, you have twenty days to object to the Answer of Garnishee and request a hearing.  You must state the grounds for the objection to the Answer, and you will bear the burden of proving the grounds. The objection must be mailed or delivered to the clerk of the court at the following address:

*U.S. v. Kenneth Shane Patterson*                                            January 17, 2023

> Office of the Clerk
> 2500 Tulare St., Ste. 1501
> Fresno, CA 93721

You must also serve a copy of the objection to the Answer on the Garnishee and the United States at the following addresses:

| JPMorgan Chase Bank, N.A.<br>CT Corporation Systems (Agent for Service of Process)<br>Amanda Garcia<br>330 N. Brand Blvd.<br>Glendale, CA 91203 | United States Attorney's Office<br>ROBIN TUBESING<br>2500 Tulare St., Ste. 4401<br>Fresno, CA 93721 |
| --- | --- |

The Court will hold a hearing on the objection to the Answer within ten days after the date the request is received by the Court, or as soon thereafter as practicable.

Sincerely,

PHILLIP A. TALBERT
United States Attorney

By: _____
ROBIN TUBESING
Assistant United States Attorney

Enclosures

2