ORIGINAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Debtor. | Case No. 1:22-MC-00181-BAM<br><br>**WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |
| JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | |

To Garnishee:   JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

The United States has filed an Application for a Writ of Continuing Garnishment against all property in your possession, custody, or control in which Debtor, Kenneth Shane Patterson, social security number \*\*\*-\*\*-2799, has an interest.

On or about April 18, 2022, the United States District Court sentenced Debtor in criminal case number 1:19CR00230-DAD-BAM and ordered Debtor to pay a statutory assessment of $800.00, and restitution of $1,916,688.95 ("Judgment Amount"). As of December 27, 2022, Debtor owes

WRIT OF CONTINUING GARNISHMENT                    1

$1,917,488.95. Despite the United States' demand for payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt. The total amount sought by this garnishment action is $1,917,488.95. No interest accrues on this debt.

Pursuant to this Writ of Continuing Garnishment, you are required to withhold all property in which Debtor has an interest as defined by 28 U.S.C. § 3002(12) beginning on the date you receive this Writ, withholding all additional deposit(s) into the account(s), and retain the property withheld until the Court issues an order directing the property's disposition. 28 U.S.C. §§ 3002(12), and 3205(c)(2)(F).

You are further required by law to complete under oath the accompanying Acknowledgment of Service and Answer of Garnishee ("Answer"). You must file the **original** Answer within **ten** (10) days of receipt of this Writ of Continuing Garnishment with the Clerk's Office for the United States District Court, Eastern District of California.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE COURT MAY HOLD YOU LIABLE FOR THE AMOUNT OF DEBTOR'S NON-EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD IN ADDITION TO REASONABLE ATTORNEY'S FEES TO THE UNITED STATES.** *IT IS UNLAWFUL TO PAY, DISBURSE, OR DELIVER TO DEBTOR ANY PROPERTY DESCRIBED IN THIS WRIT UNTIL FURTHER ORDER OF THIS COURT.*

If you have any questions, especially regarding service of the documents, you may contact Grace Nelson, contractor working on behalf of the U.S., at 559/497-4030.

Dated: DEC 29 2022

KEITH HOLLAND
Clerk, U.S. District Court

By: /s/ *[signature]*
Deputy Clerk