ORIGINAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Debtor. | Case No. 1:22-MC-00181-BAM<br><br>**CLERK'S NOTICE TO DEBTOR**<br>**RE WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |
| JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | |

TO: DEBTOR KENNETH SHANE PATTERSON

The United States District Court entered a criminal judgment against you on or about April 18, 2022, in criminal case number 1:19CR00230-DAD-BAM. The judgment ordered you to pay a statutory assessment of $800.00, and restitution of $1,916,688.95. According to the records of the United States Attorney's Office, as of December 27, 2022, you owe $1,917,488.95. No interest accrues on this debt.

Pursuant to 28 U.S.C. § 3202(b), YOU ARE HEREBY NOTIFIED that the Writ of Continuing Garnishment was served upon Garnishee, JPMorgan Chase Bank, N.A. It is believed that Garnishee has property of yours in its possession, custody, or control.

///

In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which may protect some of this property from being taken by the United States Government if you can show that the exemptions apply. The list of applicable exemptions include:

1) Wearing apparel and school books.
2) Fuel, provisions furniture, and personal effects not exceeding $10,090.00 in value.
3) Books and tools of the trade, business, or profession not exceeding $5,050.00 in value.
4) Unemployment benefits.
5) Undelivered mail.
6) Certain annuity and pensions.
7) Workmen's compensation.
8) Judgments for support of minor children.
9) Certain service-connected disability payments.
10) Assistance under Job Training Partnership Act.

If you are Kenneth Shane Patterson, you have a right to ask the court to return your property to you if you think the property the United States Government is taking qualifies under one of the above exemptions.

**If you want a hearing, you must notify the court within 20 days after receiving this notice.** You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at:

> Office of the Clerk
> 2500 Tulare St., Ste. 1501
> Fresno, CA 93721

If you wish, you may use the attached "Request for Hearing." You must also send a copy of your request to the United States Government at:

> United States Attorney's Office
> ROBIN TUBESING
> 2500 Tulare St., Ste. 4401
> Fresno, CA 93721

The hearing will take place within 5 days after the clerk receives the request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge

why you believe the property the United States Government has taken is exempt or what statutory requirements have not been met. See 28 U.S.C. § 3202(d)(1)-(2).

If you think you live outside the Federal jurisdiction in which the court is located, you may request, **not later than 20 days after you receive this notice**, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at:

> Office of the Clerk
> 2500 Tulare St., Ste. 1501
> Fresno, CA 93721

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of this court. The clerk is not permitted to give legal advice but can refer you to other sources of information.

Dated: DEC 2 9 2022

KEITH HOLLAND
Clerk, U.S. District Court

By: /s/ *signature*
Deputy Clerk

```
1  KENNETH SHANE PATTERSON
   Register number 78551-097
2  USP Lompoc
   U.S. Penitentiary
3  3901 Klein Blvd.
   Lompoc, CA  93436
4
5  Debtor
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-MC-00181-BAM |
|---|---|
| Plaintiff, | **DEBTOR'S REQUEST FOR HEARING** |
| v. | Criminal Case No. 1:19CR00230-DAD-BAM |
| KENNETH SHANE PATTERSON, | |
| Debtor. | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee. | |

TO THE CLERK OF THE COURT:

I, Kenneth Shane Patterson, Debtor, hereby request a hearing on the Writ of Continuing Garnishment within _____ days of the date the Clerk of Court receives this request. I request a hearing based upon the following reason(s):

1.  The United States has not complied with the following statutory requirement(s) for the issuance of post-judgment remedy granted by the Court. 28 U.S.C. § 3202(d)(2) **[explain below]**

_____

_____

2. The property the United States is seeking is exempt under an applicable exemption. 28 U.S.C. § 3202(d)(1). **[check applicable boxes below]**

☐ **Wearing apparel and school books.** Such items of wearing apparel and such school books are necessary for Debtor or for members of Debtor's family. [26 U.S.C. § 6334(a)(1)]

☐ **Fuel, provisions, furniture, and personal effects.** So much of the fuel, provisions, furniture, and personal effects in debtor's household, and of the arms for personal use, livestock, and poultry of Debtor, as does not exceed **$10,090.00** in value. [26 U.S.C. § 6334(a)(2)]

☐ **Books and tools of a trade, business, or profession.** So many of the books, and tools necessary for the trade, business, or professional of Debtor as do not exceed the aggregate **$5,050.00** in value. [26 U.S.C. § 6334(a)(3)]

☐ **Unemployment benefits.** Any amounts paid to an individual with respect to Debtor unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or the Commonwealth of Puerto Rico. [26 U.S.C. § 6334(a)(4)]

☐ **Undelivered mail.** Mail, addressed to any person, which has not been delivered to the addressee. [26 U.S.C. § 6334(a)(5)]

☐ **Certain annuity and pension payment.** Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code. [26 U.S.C. § 6334(a)(6)]

☐ **Workmen's Compensation.** Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a worker's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico. [26 U.S.C. § 6334(a)(7)]

☐ **Judgments for support of minor children.** If Debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his/her minor children, so much of Debtor's salary, wages, or other income as is necessary to comply with such judgment. [26 U.S.C. § 6334(a)(8)]

☐ **Certain service-connected disability payments.** Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under – (A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 7 or 30 of such Title 38. [26 U.S.C. § 6334(a)(10)]

☐ **Assistance under Job Training Partnership Act.** Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501. *et seq.*) from funds appropriated pursuant to such Act. [26 U.S.C. § 6334(a)(12)]

Dated:                 Signature: _____

                            Printed Name: _____