PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH SHANE PATTERSON,<br>Debtor. | Case No. 1:22-MC-00181-BAM<br><br>**CERTIFICATE OF SERVICE RE NOTICE OF RELATED CASE**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |
| JPMORGAN CHASE BANK, N.A.,<br>Garnishee. | |

The undersigned hereby certifies that I am a contractor working on behalf of the United States Attorney's Office for the Eastern District of California and am a person of such age and discretion to be competent to serve papers.

On the date noted below, I served Debtor, Kenneth Shane Patterson; and Garnishee, JPMorgan Chase Bank, N.A., by United States Postal Service, First Class Mail, copies of the following:

1. Notice of Related Case,

by placing copies thereof in prepaid envelopes addressed to Debtor and Garnishee, at their last known addresses, and by depositing the envelopes and contents in the United States Postal Service mail at Fresno, California.

KENNETH SHANE PATTERSON
Register number 78551-097
USP Lompoc
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
Amanda Garcia
330 N. Brand Blvd.
Glendale, CA 91203

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 17, 2023

By: /s/*Grace Nelson*
Grace Nelson, Paralegal