Case 1:22-mc-00181-BAM   Document 9   Filed 01/31/23   Page 1 of 2

FILED
JAN 3 1 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK



**CHASE**
Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

U.S. DISTRICT COURT
2500 TULARE ST, STE 1501
FRESNO, CA 93721

1-22-MC-00181

**RE: SEALED v. KENNETH S PATTERSON Case No.:- ~~119CR00230DADBAM~~, U.S. DISTRICT COURT**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): KENNETH S PATTERSON

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
| --- | --- | --- |
| 5263 | 99999999999.99 | 39454.81 |
| 8572 | 99999999999.99 | 100.00 |
| 2209 | 99999999999.99 | 100.26 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

If judgment debtor is an employee of the bank, an additional answer will be provided.

**Answers**

| | |
| --- | --- |
| Does the Garnishee have custody, control or possession of such property? | yes |
| Provide a description of such property and the value of such interest: | 5263; 8572; 2209; 3775; 5691;5263 - PerfBus Chk; 8572 - PerfBus Chk; 2209 - Bus Select HY Sav; 3775 - Bus Select HY Sav; 5691 - BusinessPlatinum Chk;5263 - $39454.81; 8572 - $100.00; 2209 - $100.26 |
| List description of any previous garnishments to which such property is subject and extent to which any remaining property is not exempt: | Not Applicable |
| List amount of debt garnishee anticipates owing to judgment debtor in the future and whether it | Not Applicable |

COAL-05Jan23-1483
A37
COPY OF DOCUMENT
Original Document Notarized (if applicable) and Mailed
Page 1 of 2

| will be weekly or another specified period: | |
|---|---|
| Signature | /s/ HECTOR GARCIA |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

Hector Garcia
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Tuesday, Jan 17, 2023