1 JPMorgan Chase Bank, N.A.
CT Corporation Systems (Agent for Service of Process)
2 Amanda Garcia
330 N. Brand Blvd.
3 Glendale, CA 91203

4 Garnishee

**FILED**

FEB 06 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH SHANE PATTERSON,<br><br>Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Garnishee. | Case No. 1:22-MC-00181-BAM<br><br>**ACKNOWLEDGMENT OF SERVICE AND ANSWER OF GARNISHEE**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM<br><br>*Amended* |

I, _Joshua Steward_____, declare (fill in as applicable):

1. I am Garnishee, a partner of Garnishee, or an authorized representative of Garnishee.

2. Garnishee acknowledges receipt of the Writ of Continuing Garnishment on _12/30/22_

3. As of the date of service, Garnishee has possession, custody, or control of the following property, in which Kenneth Shane Patterson (Debtor), maintains an interest, as described below:

///

///

///

ACKNOWLEDGMENT OF SERVICE AND ANSWER OF    1

| Description of Property (Include Account or Safe Deposit Box Numbers) | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| SBA Elite Inc acct 5263 | $39,454.81 | Signer |
| SBA Elite Inc acct 8572 | $100.00 | Signer |
| SBA Elite Inc acct 2209 | $100.26 | Signer |
| | | |
| | | |

4. Garnishee anticipates owing to Debtor in the future the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| N/A | N/A |
| | |
| | |
| | |
| | |

5. List any other party who may have an interest in the property described above:

| Account/Safe Deposit Box Number | Name and Address |
|---|---|
| 5263 | Emily Baxter Signer on all 3 accounts |
| 8572 | 297 Kingsbury Grade |
| 2209 | Stateline NV 89449 |
| | |

6. Garnishee denies holding any property or does not expect to hold any property in the future that is subject to this Writ of Continuing Garnishment – (Explain below):

NA

ACKNOWLEDGMENT OF SERVICE AND ANSWER OF

2

Case 1:22-mc-00181-BAM   Document 2-4   Filed 12/29/22   Page 3 of 4

1. I hereby execute this Acknowledgment of Service and Answer of Garnishee and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 2/1/2023

JP Morgan Chase Bank NA
Name of Garnishee (Printed)

_[signature]_
Signature of Declarant (Person completing this form)

Joshua Steward Transactions Manager II
Printed Name and Title of Declarant

20955 Stone Oak Pkwy San Antonio TX 78258
Full Address

866-578-7022
Telephone Number

Joshua.V.Steward@chase.com
E-Mail Address

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am a person of such age and discretion to be competent to serve papers.

That on 2/1/23 [date], I served a copy of the attached Acknowledgment of Service and Answer of Garnishee by placing copies in a postage-paid envelope addressed to the addressees shown below, which are their last known addresses, and by depositing the envelope and contents in the United States mail at San Antonio, TX [City, State].

KENNETH SHANE PATTERSON
Register number 78551-097
FCI Lompoc
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

United States Attorney's Office
ROBIN TUBESING
2500 Tulare St., Ste. 4401
Fresno, CA 93721

Office of the Clerk
2500 Tulare St., Ste. 1501
Fresno, CA 93722

By: *Joshua Steward* Joshua Steward
Declarant (Sign and Print Name)

ACKNOWLEDGMENT OF SERVICE AND ANSWER OF    4