PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH SHANE PATTERSON,<br><br>    Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Garnishee. | Case No. 1:22-MC-00181-BAM<br><br>**CERTIFICATE OF SERVICE UPON EMILY BAXTER RE WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 1:19CR00230-DAD-BAM |

The undersigned hereby certifies that I am a contractor working on behalf of the United States Attorney's Office for the Eastern District of California and am a person of such age and discretion to be competent to serve papers.

On the date noted below, I served Emily Baxter, by United States Postal Service, First Class Mail, copies of the following:

1. Instructions to Debtor (cover letter);

2. Application for Writ of Continuing Garnishment;

3. Writ of Continuing Garnishment (issued); and

///

CERTIFICATE OF SERVICE                    1

4. Clerk's Notice to Debtor re: Writ of Continuing Garnishment (issued); Append Request for Hearing (form),

by placing copies thereof in a prepaid envelope addressed to Emily Baxter, at her last known address, and by depositing the envelope and contents in the United States Postal Service mail at Fresno, California.

Emily Baxter
2342 E. Rush Ave.
Fresno, CA 93730-4750

Emily Baxter
297 Kingsburg Grade
Stateline, NV 89449

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 7, 2023          By:    /s/*Grace Nelson*
                                                Grace Nelson, Paralegal