1  PHILLIP A. TALBERT
   United States Attorney
2  ROBIN TUBESING
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00230-ADA-BAM
                                  RELATED CASE: 1:22-MC-00181-BAM
12 |           Plaintiff,
                                  STIPULATION REGARDING BRIEFING
13 |      v.                      SCHEDULE; ORDER

14 | KENNETH SHANE PATTERSON,     DATE: 5/01/2023
                                  OLD DATE 3/20/2023
15 |           Defendants.        TIME: 10:00 a.m.
                                  COURT: Hon. Ana de Alba
16

17

18                              **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 through defendant's counsel of record, hereby stipulate as follows:

21      1.   Defendant Kenneth Shane Patterson filed a Motion for Miscellaneous Relief (the

22 "Motion") on February 27, 2023.

23      2.   Both parties agree to continue the Government's deadline to oppose the Motion until

24 April 7, 2023, with any reply from Patterson being due by April 21, 2023, and a motion hearing to be

25 held if necessary on May 1, 2023.

26 ///

27 ///

28 ///

                                            1

3. Given the nature of the filing and status of the case, there is no need for a time exclusion.

IT IS SO STIPULATED.

Dated: March 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney

Dated: March 1, 2023

/s/ ERIC CHRISTENSEN
ERIC CHRISTENSEN
Counsel for Defendant
KENNETH SHANE PATTERSON

**ORDER**

IT IS SO ORDERED.

Dated:   March 2, 2023

UNITED STATES DISTRICT JUDGE