IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH SHANE PATTERSON,<br><br>　　　　　Debtor.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Garnishee. | Case No. 1:19-CR-00230-DAD-BAM<br>Misc. Case No. 1:22-MC-00181-BAM<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT** |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (Doc. 15), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on December 29, 2022 (Doc. 4), is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: **November 17, 2023**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE